# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard Joseph King

Plaintiff

v.

David Crist

Defendants

Case No. Civil 00-1170 ADM/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's request to amend his petition for habeas corpus is denied. Petitioner's application for writ of habeas corpus is dismissed with prejudice.

DATE: November 29, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk